UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MUNOS ORTEGA,       ) | CASE NO. SA CV 11-1869-CAS (PJW) |
| ) | |
| Petitioner,   ) | ORDER TO SHOW CAUSE WHY PETITION |
| ) | SHOULD NOT BE DISMISSED |
| v.             ) | |
| ) | |
| B. PHILLIPS, WARDEN,      ) | |
| ) | |
| Respondent.   ) | |

On December 5, 2011, Petitioner filed a Petition for Writ of Habeas Corpus, seeking to challenge his July 2007 state conviction and sentence, following a guilty plea, for burglary and receiving stolen property. (Petition at 2.) In the Petition, he claims that his trial counsel provided ineffective assistance by failing to: 1) investigate before Petitioner entered his guilty plea; 2) file a suppression motion; and 3) file a notice of appeal. (Petition at 5-6.) For the following reasons, Petitioner is ordered to show cause why his Petition should not be dismissed because it is time-barred.

State prisoners seeking to challenge their state convictions in federal habeas corpus proceedings are subject to a one-year statute of limitations. 28 U.S.C. § 2244(d). A district court may examine the timeliness of a petition *sua sponte*. *See Day v. McDonough*, 547 U.S.

1  198, 209-10 (2006).  Here, Petitioner's conviction became final on
2  September 18, 2007--60 days after Petitioner was sentenced and the
3  time expired for him to file an appeal.  *See Mendoza v. Carey*, 449
4  F.3d 1065, 1067 (9th Cir. 2006); *Lewis v. Mitchell*, 173 F. Supp.2d
5  1057, 1060 (C.D. Cal. 2001).  Therefore, the statute of limitations
6  expired one year later, on September 18, 2008.  *See Patterson v.*
7  *Stewart*, 251 F.3d 1243, 1246 (9th Cir. 2001).  Petitioner did not file
8  this Petition until December 2011, more than three years after the
9  deadline.  Absent statutory or equitable tolling, the Petition is
10 untimely and must be dismissed.

11       IT IS THEREFORE ORDERED that, no later than **January 6, 2012,**
12 Petitioner shall inform the Court in writing why this case should not
13 be dismissed with prejudice because it is barred by the statute of
14 limitations.  Failure to timely file a response will result in a
15 recommendation that this case be dismissed.

16       DATED:    December 8, 2011.

                                    _____
                                    PATRICK J. WALSH
                                    UNITED STATES MAGISTRATE JUDGE

28 S:\PJW\Cases-State Habeas\ORTEGA, P 1869\OSC dismiss pet.wpd

2