1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA

10   PEDRO MUNOS ORTEGA,           )   CASE NO. SA CV 11-1869-CAS (PJW)
                                   )
11              Petitioner,        )
                                   )   J U D G M E N T
12        v.                       )
                                   )
13   B. PHILLIPS, WARDEN,          )
                                   )
14              Respondent.        )
                                   )
15   _____)

16        Pursuant to the Order Accepting Findings, Conclusions, and
17   Recommendations of United States Magistrate Judge,
18        IT IS ADJUDGED that the Petition is denied and this action is
19   dismissed with prejudice.
20
          DATED: February 28, 2012
21
22
23                              _____/s/ Christina A. Snyder_____
24                              CHRISTINA A. SNYDER
                                UNITED STATES DISTRICT JUDGE
25
26
27
28   C:\Temp\notesE1EF34\SA11CV01869CAS-J.wpd