UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PEDRO MUNOS ORTEGA, | ) | CASE NO. SA CV 11-1869-CAS (PJW) |
| Petitioner, | ) ) ) | |
| v. | ) ) | J U D G M E N T |
| B. PHILLIPS, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: February 28, 2012

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\SA11CV01869CAS-J.wpd